ORDER:
Motion to unseal is granted.
John Bryant, USMJ

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:12-00069 |
| ) | |
| NICHOLAS PSILLAS ) | |

MOTION OF THE GOVERNMENT TO UNSEAL INDICTMENT

The United States of America (the Government), by and through its undersigned attorney, hereby moves for the issuance of an order unsealing the indictment filed in the above case. As reasons for this motion the Government state the following.

The indictment was returned in this case on April 12, 2012 and thereafter sealed by the Court upon motion of the Government. In its motion to place the indictment under seal, the Government stated as a reason for the request that, defendant was not in custody and his whereabouts were unknown. Further, the Government stated that upon information and belief defendant was a Canadian citizen and that he also possessed a United States Passport. Wherefore, the Government requested that the indictment be sealed pending defendant's arrest to ensure that potential knowledge of the indictment would not be considered as a basis for defendant to flee pre-arrest and to ensure the safety of officers/agents executing the warrant for his arrest.

Defendant's whereabouts remain unknown. The Government Case Agent, that conducted the investigation which gave rise to the indictment in this case, has advised the undersigned that they have made a diligent effort to locate defendant through means that are available to them. However, the Government's Case Agent is not a Special Agent, that is, they are not vested with arrest powers nor are they authorized by the Government to carry a firearm in the performance of their official duties.