## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

UNITED STATES OF AMERICA    )
                                    )    No. 3:12-cr-00069
v.                               )    Chief Judge Haynes
                                      )
NICHOLAS PSILLAS           )

## O R D E R

The plea hearing currently set in this action for December 30, 2013 at 1:30 p.m. is **RESET**

for **January 6, 2014 at 1:30 p.m.**

It is so **ORDERED**.

**ENTERED** this the 6ᵗ day of December, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court