UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES of AMERICA,  Case No: 3:12-00069
 CHIEF JUDGE: HAYNES
vs.

NICHOLAS PSILLAS          /

### DEFENDANT'S UNOPPOSED REQUEST TO RESET CHANGE OF PLEA HEARING DATE

Comes Now the defendant Nicholas Psillas by and through his undersigned counsel and respectfully requests this Honorable Court reset the current change of plea date. In support the undersigned would show as follows:

1. The Court recently set this matter for a trial date of February 25, 2014 and a plea date of February 21, 2014. (See Clerk's Doc. No. 24).

2. The Defendant, who resides in Houston, has a long-standing family event on February 21st with family members coming in from out of town from Thursday, February 20th through that weekend.

3. The Government and the Defense are in the process of finalizing the plea agreement and would like the Court to set this matter for a change of plea at the Court's convenience on any date in March or as soon thereafter.

4. The undersigned has discussed this matter with AUSA Kathryn Ward Booth who has advised the undersigned she has no objection to the resetting of this matter but would like to advise the Court she would be unavailable February 24-28, March 18, and March 25-28.

*[Handwritten annotation in right margin: "ORDER. The motion is GRANTED. The hearing is reset for February 28, 2014 at 1:30 pm. /s/ [Judge] 2-3-14"]*